UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA ASSOCIATION OF
PROFESSIONAL FIREFIGHTERS,
a California non-profit
mutual benefit association,

        Plaintiffs,

  v.

MICHAEL E. DICKINSON,

        Defendant.
_____/

NO. CIV. S-06-1735 LKK/EFB

O R D E R

    Pursuant to court order, a status conference was set in this case for October 23, 2006 at 2:30 p.m. The defendant in this action, Michael Dickinson, has been properly served with a summons and complaint but failed to submit a status report. Plaintiff has indicated their prior communication suggested the possibility of settlement, and requests a stay on discovery for sixty days to pursue this option. Accordingly the court hereby orders that:

    1.    The status conference currently set for October 23, 2006 at 2:30 p.m. is hereby CONTINUED to January 16, 2007 at 2:30 p.m. Parties are reminded that status reports are

1       due ten days prior to the status conference.
2  2.   Defendant Michael Dickinson is hereby ORDERED TO SHOW
3       CAUSE in writing not later than ten (10) days from the
4       date this order is served why sanctions should not issue
5       in the above-captioned case in the amount of One Hundred
6       Fifty Dollars ($150) as required by Local Rule 11-110
7       for failure to file a timely status report.
8  3.   Discovery, including Rule 26 disclosures, is hereby
9       STAYED for sixty (60) days.
10 4.   Plaintiff is ordered to serve a copy of this order on
11      defendant.
12 IT IS SO ORDERED.
13 DATED: October 20, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT