UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA ASSOCIATION OF
PROFESSIONAL FIREFIGHTERS,
a California non-profit
mutual benefit association,

        Plaintiffs,

   v.

MICHAEL E. DICKINSON,

        Defendant.
_____/

NO. CIV. S-06-1735 LKK/EFB

O R D E R

On October 20, 2006, the court continued the status conference in this case to January 16, 2007 at 2:30 p.m. The court also ordered defendant to show cause within ten days why the court should not impose sanctions for his failure to file a timely status report and ordered that plaintiff serve a copy of the order on defendant. It appears that the order was not served on defendant until November 8, 2006, after the ten day period had expired. Accordingly, the court hereby DISCHARGES the order to show cause.

The court is also in receipt of plaintiff's status report.

1  Plaintiff indicates that the parties have exchanged settlement
2 proposals and are pursuing settlement discussions.  Accordingly,
3 plaintiff requests a continuation of the status conference and a
4 30 day stay of discovery.
5      The court orders as follows:
6      1.  The status conference currently set for January 16, 2007
7 at 2:30 p.m. is hereby CONTINUED to March 12, 2007 at 3:00 p.m.
8      2. Discovery, including Rule 26 disclosures, is hereby STAYED
9 for thirty (30) days.
10     3.  The order to show cause dated October 20, 2006 is hereby
11 DISCHARGED.
12     4.  Plaintiff is ordered to SERVE a copy of this order on
13 defendant.  Parties are reminded that status reports are due ten
14 days prior to the status conference.
15     IT IS SO ORDERED.
16     DATED: January 12, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT