Louis A. Gonzalez, Jr., State Bar No. 157373
Darrin M. Menezes, State Bar No. 202729
**weintraub** genshlea chediak
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff, California Association
of Professional Firefighters

IN THE UNITED STATED DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF PROFESSIONAL FIREFIGHTERS, a California non-profit mutual benefit association,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL E. DICKINSON,<br><br>　　　　Defendant. | Case No.:   2:06-CV-01735-LKK-PAN (JFM)<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

In the above-entitled cause, Plaintiff California Association of Professional Firefighters ("CAPF") and Defendant Michael E. Dickinson ("Dickinson") have stipulated that judgment be entered in favor of Plaintiff CAPF and against Defendant Dickinson in the sum of $35,040.00 as follows:

　　　1.　　Defendant Dickinson has agreed to pay to Plaintiff CAPF the sum of thirty-five thousand and forty dollars ($35,040.00), which is payable in installments as described below:

　　　　　　a.　　Defendant Dickinson shall pay to Plaintiff CAPF seven-hundred and thirty dollars ($730.00) on the first (1st) day of each month for the next forty-eight (48) months, until Dickinson has paid to CAPF the sum of $35,040.00 in its

entirety.  The first payment of $730.00 shall be due on the first day of August, 2007.

    b. If all payments are made pursuant to the payment terms set forth herein, the parties agree that Plaintiff CAPF shall not commence execution proceedings against Defendant Dickinson on the $35,040.00 judgment.

    c. All payments set forth in paragraph 1(a), above are due on the first (1st) of each month.  A late payment of $25.00 will be charged for any payment not received by the fifth (5th) of the month in which that payment is due.  If Dickinson makes more than two (2) payments to CAPF after the fifth (5th) of the month over the entirety of the repayment period, the entire unpaid balance, plus interest at a rate of 10%, and attorneys fees and costs incurred to initiate this lawsuit and to enforce the judgment, will be due and payable immediately at the discretion of CAPF.  In the event of default as set forth herein, Plaintiff CAPF shall have available to it all remedies available to a judgment creditor pursuant to the fullest extent of the law.

    d. Defendant Dickinson may pre-pay the sums owing pursuant to this Judgment Pursuant to Stipulation at any time during the repayment term without penalty.

    e. All payments made pursuant to paragraphs 1(a) through 1(d) shall be made payable to the California Association of Professional Firefighters at P.O. Box 31, Martell, California 95654.

  2. Simultaneously with the execution of this Judgment Pursuant to Stipulation, Defendant Dickinson will execute a promissory note in favor of California Association of Professional Firefighters in the principal amount of $35,040.00 in the form of Exhibit A attached hereto ("Promissory Note") incorporating the payment terms set forth in paragraphs 1(a) through 1(e) above.

  3 The Promissory Note shall be secured by a deed of trust on the real property currently owned by the Defendant Dickinson located at 13020 Palos Grande Dr., Victorville, CA 92395; APN: 3088-241-14 ("Dickinson Property").  The

deed of trust shall be in the form and shall contain the terms of Exhibit B attached ("Deed of Trust").  California Association of Professional Firefighters shall be the beneficiary of the Deed of Trust.

4. When Defendant Dickinson has completed forty-eight (48) timely payments of $730.00 each to CAPF for a total sum of $35,040.00, CAPF shall prepare and forward to Dickinson a formal Satisfaction of Judgment, which may be recorded by Dickinson in all counties where this Judgment Pursuant to Stipulation has been recorded.  Upon payment in full of the total sum of $35,040.00, Plaintiff CAPF shall further return the Promissory Note to Defendant Dickinson and shall reconvey the Deed of Trust accordingly.

5. If the services of an attorney are required by any party to secure performance under this Judgment Pursuant to Stipulation, including the Promissory Note and Deed of Trust,  or to obtain enforcement, interpretation, or otherwise upon the default of another party to this Judgment, or if any judicial remedy or arbitration is necessary to enforce or interpret the rights and duties of any person in relation thereto, the prevailing party shall be entitled to reasonable attorneys' fees, costs and other expenses, in addition to any other relief to which such party may be entitled.

6. This Court shall retain exclusive jurisdiction of this action for the purpose of insuring compliance with this Judgment and the parties stipulate to the exercise of personal jurisdiction over them by this Court.

7. No appeal shall be taken by any party from this Judgment, the right to appeal being expressly waived by all parties.

8. This Judgment shall finally conclude and dispose of all claims and counterclaims of all parties with prejudice.

9. Final judgment shall be entered pursuant hereto, forthwith, without further notice.

10. Except as set forth in paragraph 1(d) herein, each side shall bear its

1  own attorneys' fees and costs incurred in this action.

2  NOW, THEREFORE, the Parties, through their designated representatives
3  hereby stipulate to entry of this Judgment in favor of Plaintiff California
4  Association of Professional Firefighters, and against Defendant Michael E.
5  Dickinson in the sum of $35,040.00 and on

8  the terms set forth herein.

9  Dated: June 27, 2007           /s/ Michael E. Dickinson
10                                 Michael E. Dickinson

11                                 **weintraub** genshlea chediak
12                                 a law corporation

13
14  Dated: July 9, 2007                  /s/ Darrin M. Menezes

16                                 Louis A. Gonzalez, Jr.
                                   Darrin M. Menezes
17  Association                   Attorneys for Plaintiff California
                                   of Professional Firefighters

19  **IT IS HEREBY ADJUDGED, ORDERED AND DECREED** that Judgment be entered
20  in the sum of $35,040.00 in favor of Plaintiff California Association of Professional
21  Firefighters, and against Defendant Michael E. Dickinson, pursuant to the terms
22  set forth herein. The Court retains jurisdiction over the parties at their request in
23  order to enforce the terms set forth herein until fully performed.

25  Dated:  July 24, 2007.

                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT